IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Eastern Division
No. 4:16-cr-50-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Curtis Washington | ) | |

For good cause shown, the Motion to Access Sealed Documents is hereby granted. The Clerk of Court is hereby directed to send copies of Docket Entry 41 (Pro Se Objections to the Presentence Investigation Report) via electronic mail.

Date: January 11, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge