IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CURTIS WASHINGTON,<br>        Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>        Respondent. | **Judgment in a 2255 Case**<br><br>Criminal Case No. 4:16-CR-50-FL-1<br>Civil Case No. 4:18-CV-189-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the government's motion to dismiss and on the memorandum and recommendation of United States Magistrate Judge Robert B. Jones, Jr.

**IT IS ORDERED AND ADJUDGED** in accordance with the court's order entered this date, that the court adopts the reasoning of the magistrate judge, the government's motion to dismiss is granted, and this action is hereby dismissed.

This Judgment Filed and Entered on January 5, 2022, with service on

| | |
|---|---|
| Curtis Washington  # 62632-056<br>Bennettsville - F.C.I.<br>P.O. Box 52020<br>Bennettsville, SC 29512 | (via U.S. Mail) |
| Rudy E. Renfer<br>United States Attorney's Office - EDNC<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601 | (via CM/ECF Notice of Electronic Filing) |

January 5, 2022

PETER A. MOORE, JR., CLERK

by _____
    Deputy Clerk