FILED: February 23, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-6201
(4:16-cr-00050-FL-1)
(4:18-cv-00189-FL)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CURTIS WASHINGTON, a/k/a Murk

       Defendant - Appellant

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Greenville |
|---|---|
| Originating Case Number | 4:16-cr-00050-FL-1<br>4:18-cv-00189-FL |
| Date notice of appeal filed in originating court: | 02/17/2022 |
| Appellant | Curtis Washington |
| Appellate Case Number | 22-6201 |
| Case Manager | Cyndi Halupa<br>804-916-2704 |