# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 28, 2022

_____

RECORD FOLLOW-UP NOTICE

_____

No. 22-6201,    <u>US v. Curtis Washington</u>
                4:16-cr-00050-FL-1, 4:18-cv-00189-FL

TO:   Peter A. Moore

The electronic transmission of the record did not come through. Please re-transmit the electronic record in this case. Please ensure that any paper or sealed portions of the record are also transmitted to this office. For appeals in criminal cases, the presentence report and statement of reasons are required.

Any highly sensitive documents **must** be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is a problem that is delaying transmission of the record, please notify me.

Cyndi Halupa, Deputy Clerk
804-916-2704